IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSE BOND,                          :    CIVIL ACTION
                                     :    NO. 02-8592
          Petitioner,               :
                                     :
     v.                              :
                                     :
JEFFREY BEARD, et al.,               :
                                     :
          Respondents.              :

**O R D E R**

**AND NOW**, this **20th** day of **April, 2016,** for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED:**

(1)   Petitioner's Motion for Relief Pursuant to Fed. R. Civ. P. Rule 59(e) (ECF No. 97) is **DENIED.**

(2)   Petitioner's Motion Opposing and/or Objecting (ECF No. 101) and Motion Requesting the Court to Reconsider (ECF No. 104) are **DENIED** as moot.


**AND IT IS SO ORDERED.**


**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO,  J.**