# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSE BOND,** : | |
|     Petitioner, : | |
| : | |
|     v. : | **CIVIL ACTION NO. 02-CV-8592** |
| : | |
| **JEFFREY BEARD,** *et al.*, : | |
|     Respondents. : | |

## ORDER

**AND NOW**, this 19th day of April, 2021, in consideration of Petitioner Jesse Bond's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 114), it is **ORDERED** that:

1. Bond's Request for Permission to Amend his Reply (ECF No. 118) is **GRANTED**.

2. The Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 114) is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum accompanying this Order.

3. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                               **BY THE COURT:**

                                               *Eduardo C. Robreno*
                                               **EDUARDO C. ROBRENO, J.**